UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

    Automated Transactions LL    Plaintiff,

    -against-

    Astoria Financial Corp., et a    Defendant.
------------------------------------------------------------ X

09 CIV 9669 (SHS)

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending    [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: **Marguerite Sophia Dougherty**

[X] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **MD-0496**; My State Bar Number is: **4008413**

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: **Paul, Weiss, Rifkind, Wharton & Garrison LLP**

    To: **Jones Day**

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: **222 E. 41St Street**
                  **New York, NY 10017**

[X] Telephone No.: **212-326-3939**

[X] Fax No.: **212-755-7306**

[X] E-Mail Address:

Dated: **October 12, 2010**

ATTORNEY'S SIGNATURE