UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
                                                    Case No.
                            Plaintiff,

        -against-

                            Defendant.
--------------------------------------------------------
                    NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

*Gerard F. Diebner*
                    FILL IN ATTORNEY NAME

My SDNY Bar Number is: *GD5603*   My State Bar Number is *1898576*

I am,
    [✓] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: *Troutman Sanders LLP*
              FIRM ADDRESS: *405 Lexington Ave, New York, New York 10174*
              FIRM TELEPHONE NUMBER: *212-704-6000*
              FIRM FAX NUMBER: *212-704-6356*

NEW FIRM:     FIRM NAME: *Tannenbaum, Helpern, Syracuse + Hirschtritt LLP*
              FIRM ADDRESS: *900 Third Ave, New York, New York 10022*
              FIRM TELEPHONE NUMBER: *212-508-6700*
              FIRM FAX NUMBER: *212-371-1084*

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: *August 29, 2011*                    _____
                                                    ATTORNEY'S SIGNATURE