UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

                                Plaintiff,         Case No.

    -against-

                                Defendant.
------------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Gerard F. Diebner**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: **GD5603**    My State Bar Number is **1898576**

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Troutman Sanders LLP
                    FIRM ADDRESS: 405 Lexington Ave, New York, New York 10174
                    FIRM TELEPHONE NUMBER: 212-704-6000
                    FIRM FAX NUMBER: 212-704-6356

NEW FIRM:    FIRM NAME: Tannenbaum, Helpern, Syracuse & Hirschtritt LLP
                    FIRM ADDRESS: 900 Third Ave, New York, New York 10022
                    FIRM TELEPHONE NUMBER: 212-508-6700
                    FIRM FAX NUMBER: 212-371-1084

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 29, 2011

                                                   ATTORNEY'S SIGNATURE