UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATED TRANSACTIONS LLC,

    Plaintiff,

-against-

ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION

    Defendant and Third-Party Plaintiff,

-against-

METAVANTE CORPORATION and DIEBOLD, INC.,

    Third-Party Defendants.

Case: 09-CV-9669 (SHS)

## JOINT EMERGENCY MOTION FOR STAY AND FOR STATUS CONFERENCE

Plaintiff Automated Transactions LLC ("Automated Transactions") and Defendant and Third-Party Plaintiff Astoria Federal Savings and Loan Association ("Astoria") jointly move to stay the Scheduling Order (Docket 52) entered March 29, 2011. Automated Transactions and Astoria also respectfully request that the Court schedule a status conference at the Court's convenience once Astoria's and Third-Party Defendant Diebold, Inc.'s Motion to Stay Pending Appeal of Related Case (Docket 71) filed July 22, 2011 and Third Party Defendant Metavante Corporation's Motion to Dismiss (Docket 66) dated June 10, 2011 are decided.

[950391-1]

1

Dated: November 11, 2011

Respectfully submitted,

_____
Gerard F. Diebner
Tannenbaum Helpern Syracuse
& Hirschtritt, LLP
900 Third Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 508-7533
Email: diebner@thsh.com

*Attorneys for Plaintiff*
*Automatic Transactions LLC*

_____
Mark C. Nelson
SNR Denton US LLP
200 McKinney Avenue, Suite 1900
Dallas, Texas 75201-1858
Tel: (214) 259-0901
Email: mark.nelson@snrdenton.com

*Attorneys for Defendant and Third-Party Plaintiff*
*Astoria Federal Savings and Loan Administration*