UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUTOMATED TRANSACTIONS LLC,

    Plaintiff,

-against-

ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION

    Defendant and Third-Party Plaintiff,

-against-

METAVANTE CORPORATION and DIEBOLD, INC.,

    Third-Party Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/11

Case: 09-CV-9669 (SHS)

*11/14/11 — Scheduling Order entered March 29, 2011 (Dkt #52) is hereby stayed pending further order of the Court. So ordered. /s/ SHS USDJ*

## JOINT EMERGENCY MOTION FOR STAY AND FOR STATUS CONFERENCE

Plaintiff Automated Transactions LLC ("Automated Transactions") and Defendant and Third-Party Plaintiff Astoria Federal Savings and Loan Association ("Astoria") jointly move to stay the Scheduling Order (Docket 52) entered March 29, 2011. Automated Transactions and Astoria also respectfully request that the Court schedule a status conference at the Court's convenience once Astoria's and Third-Party Defendant Diebold, Inc.'s Motion to Stay Pending Appeal of Related Case (Docket 71) filed July 22, 2011 and Third Party Defendant Metavante Corporation's Motion to Dismiss (Docket 66) dated June 10, 2011 are decided.

[950391-1]

1

Dated: November \_\_11\_\_, 2011

Respectfully submitted,

| | |
|---|---|
| *(signature)* | *(signature)* |
| Gerard F. Diebner | Mark C. Nelson |
| Tannenbaum Helpern Syracuse | SNR Denton US LLP |
| & Hirschtritt, LLP | 200 McKinney Avenue, Suite 1900 |
| 900 Third Avenue, 13th Floor | Dallas, Texas 75201-1858 |
| New York, New York 10022 | Tel: (214) 259-0901 |
| Telephone: (212) 508-7533 | Email: mark.nelson@snrdenton.com |
| Email: diebner@thsh.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant and Third-Party Plaintiff* |
| *Automatic Transactions LLC* | *Astoria Federal Savings and Loan Administration* |

[950391-1]

2