# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017

TELEPHONE: (212) 326-3939 • FACSIMILE: (212) 755-7306

Direct Number: (212) 326-8339
bjbigelow@jonesday.com

April 23, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

BY HAND

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re: *Automated Transactions LLC v. Astoria Financial Corporation, et al.*, Civil Action No. 1:09-cv-9669

Dear Judge Stein:

As of April 25, 2012, I will no longer be associated with Jones Day, counsel to third party defendant Diebold, Inc. in the above captioned matter. Accordingly, pursuant to Local Civil Rule 1.4, I respectfully request that my name be removed from the docket sheets and all service lists, and that I no longer receive electronic notifications in this action. Jones Day continues to represent Diebold, Inc. in this matter.

Very truly yours,

Bronson J. Bigelow

cc: Counsel of Record (by e-mail)

SO ORDERED 4/24/12

SIDNEY H. STEIN
U.S.D.J.