UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
:
:
AUTOMATED TRANSACTIONS LLC, :
: Civil Action No. 09-CV-9669
*Plaintiff*, : (SHS)
:
- v. - :
:
ASTORIA FEDERAL SAVINGS AND :
LOAN ASSOCIATION, :
:
*Defendant.* :
:
------------------------------------------------------------------ x

**MOTION BY PLAINTIFF AUTOMATED TRANSACTIONS LLC FOR
LEAVE TO SERVE AND FILE AN AMENDED COMPLAINT**

962066

PLEASE TAKE NOTICE, that upon Plaintiff Automated Transactions LLC's ("ATL") Memorandum of Law in support of its Motion to Serve and File an Amended Complaint, and a Declaration of Gerard F. Diebner, and all the other papers and proceedings filed or had herein, ATL, by and through its undersigned counsel, will move this Court, before the Honorable Sidney H. Stein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order permitting ATL to file and serve an Amended Complaint.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), answering papers, if any, are required to be served so as to be received by the undersigned within 14 days of the date of this Notice.

New York, New York  
Dated: June 4, 2012

Respectfully submitted,

_____  
Albert L. Jacobs, Jr.  
Gerard F. Diebner  
**Tannenbaum Helpern Syracuse & Hirschtritt LLP**  
900 Third Avenue  
New York, New York 10022  
(212) 508-6700

*Attorneys for Plaintiff*  
*Automated Transactions, LLC*