UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC, | Civil Action No. 09-CV-9669 (SHS) |
| *Plaintiff,* | |
| - v. - | |
| ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION, | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

---

## DECLARATION OF GERARD F. DIEBNER

I, Gerard F. Diebner, declare as follows:

1. I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. I am counsel for Plaintiff, Automated Transactions, LLC. I am fully familiar with the facts and circumstances of this case.

2. Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2012                     Respectfully submitted,

                                         _____
                                         Gerard F. Diebner

961735