UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

AUTOMATED TRANSACTIONS LLC,

*Plaintiff*,

- v. -

ASTORIA FEDERAL SAVINGS AND
LOAN ASSOCIATION,

*Defendant.*

Civil Action No. 09-CV-9669 (SHS)

**JURY TRIAL DEMANDED**

---

## DECLARATION OF GERARD F. DIEBNER

I, Gerard F. Diebner, declare as follows:

1. I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. I am counsel for Plaintiff, Automated Transactions, LLC. I am fully familiar with the facts and circumstances of this case.

2. Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2012

Respectfully submitted,

Gerard F. Diebner

961735