UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
AUTOMATED TRANSACTIONS LLC,                                      :
                                                                 :   Civil Action No. 09-CV-9669
        *Plaintiff*,                                             :   (SHS)
                                                                 :
        - v. -                                                   :
                                                                 :
ASTORIA FEDERAL SAVINGS AND                                      :
LOAN ASSOCIATION,                                                :   **JURY TRIAL DEMANDED**
                                                                 :
        *Defendant.*                                             :
                                                                 :
---------------------------------------------------------------- x

## DECLARATION OF GERARD F. DIEBNER

I, Gerard F. Diebner, declare as follows:

1.  I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. I am counsel for Plaintiff, Automated Transactions, LLC. I am fully familiar with the facts and circumstances of this case.

2.  Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  June 4, 2012                          Respectfully submitted,

                                              */s/ Gerard F. Diebner*
                                              Gerard F. Diebner

961735