UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

AUTOMATED TRANSACTIONS LLC,

        *Plaintiff,*

       - v. -

ASTORIA FEDERAL SAVINGS AND
LOAN ASSOCIATION,

        *Defendant.*

------------------------------------------------------------ x

Civil Action No. 09-CV-9669 (SHS)

**JURY TRIAL DEMANDED**

**DECLARATION OF GERARD F. DIEBNER**

I, Gerard F. Diebner, declare as follows:

1.    I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. I am counsel for Plaintiff, Automated Transactions, LLC. I am fully familiar with the facts and circumstances of this case.

2.    Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2012

Respectfully submitted,

*/s/ Gerard F. Diebner*

Gerard F. Diebner

961735