**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                         :

AUTOMATED TRANSACTIONS LLC,       :      Civil Action No. 09-CV-9669

      *Plaintiff,*           :      (SHS)

      - v. -            :

ASTORIA FEDERAL SAVINGS AND     :
LOAN ASSOCIATION,            :      **JURY TRIAL DEMANDED**

      *Defendant.*         :

------------------------------------------------------------- x

## <u>DECLARATION OF GERARD F. DIEBNER</u>

I, Gerard F. Diebner, declare as follows:

    1.     I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP.  I am counsel for Plaintiff, Automated Transactions, LLC.  I am fully familiar with the facts and circumstances of this case.

    2.     Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  June 4, 2012              Respectfully submitted,

                                       Gerard F. Diebner

961735