UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
:
:
AUTOMATED TRANSACTIONS LLC,   :
:   Civil Action No. 09-CV-9669
*Plaintiff*,   :   (SHS)
:
:
- v. -   :
:
ASTORIA FEDERAL SAVINGS AND   :
LOAN ASSOCIATION,   :   **JURY TRIAL DEMANDED**
:
*Defendant*.   :
:
------------------------------------------------------------------ x

### DECLARATION OF GERARD F. DIEBNER

I, Gerard F. Diebner, declare as follows:

1.  I am a member of the firm of Tannenbaum Helpern Syracuse & Hirschtritt LLP. I am counsel for Plaintiff, Automated Transactions, LLC. I am fully familiar with the facts and circumstances of this case.

2.  Attached hereto as Exhibit 1 is a copy of Plaintiff's proposed Third Amended Complaint, with Exhibits.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2012                                Respectfully submitted,

                                                   _____
                                                   Gerard F. Diebner

961735