

SNR Denton US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

Robert Needham
robert.needham@snrdenton.com
D 214-259-0900
T +1 214 259 0900
F +1 214 259 0910
snrdenton.com

July 17, 2012

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/12
```

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Automated Transactions LLC v. Astoria Federal Savings and Loan Association v. Metavante Corporation and Diebold, Inc., Case No. 09-CV-9669-SHS*

Dear Judge Stein:

Astoria Federal Savings and Loan Association ("Astoria") requests permission to file under seal the Declaration of John Carey, in support of Astoria's Motion for Summary Judgment of Non-Infringement, and accompanying exhibit.

Mr. Carey's Declaration and accompanying exhibit include confidential information, including highly confidential technical information about the operation of Astoria's banking network. Due to the confidential nature of this information, Astoria submits this request for permission to file Mr. Carey's Declaration and accompanying exhibit under seal.

Additionally, Astoria understands that Plaintiff Automated Transactions LLC does not oppose this motion.

Sincerely,

Mark C. Nelson

CC: Gerard F. Diebner (via email)
Albert Jacobs (via email)
Patrick Fitzmaurice (via email)

SO ORDERED 7/17/12

SIDNEY H. STEIN
U.S.D.J.