UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
AUTOMATED TRANSACTIONS LLC,          :

            Plaintiff,          :    09-CV-09669 (SHS)

    v.          :

ASTORIA FINANCIAL CORPORATION and,    :
ASTORIA FEDERAL SAVINGS AND LOAN
ASSOCIATION,          :

           Defendant.          :
------------------------------------------------------------ x

## DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

    Defendant Astoria Federal Savings and Loan Association ("Astoria") hereby gives notice and moves under Federal Rule of Civil Procedure 56 for summary judgment of non-infringement of all asserted claims of the four Automated Transactions LLC ("ATL") patents-in-suit.[1]

---

[1] The patents-in-suit are U.S. Patent Nos. 7,575,158 ("the '158 patent"), 7,600,677 ("the '677 patent"), 7,699,220 ("the '220 patent"), and 7,597,248 ("the '248 patent").

Dated:  July 18, 2012

By: */s/ Mark C. Nelson*

Patrick E. Fitzmaurice (PF 8648)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:  (212) 768-6700
Facsimile:   (212) 768-6800
Email:  patrick.fitzmaurice@snrdenton.com

Mark C. Nelson
Robert J. Needham
SNR DENTON US LLP
2000 McKinney Avenue, Suite 1900
Dallas, Texas   75201-1858
Telephone:  (214) 259-0901
Facsimile:   (214) 259-0910
Email:  mark.nelson@snrdenton.com
Email:  robert.needham@snrdenton.com

**Attorneys for Astoria Federal Savings and Loan Association**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2012 I electronically filed the foregoing:

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

with the Clerk of the Court by using the CM/ECF System which will serve all counsel of record by notice of electronic filing.

By: */s/ Mark C. Nelson*
Mark C. Nelson