UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
AUTOMATED TRANSACTIONS LLC,                :
                                           :
               Plaintiff,        :    09-CV-09669 (SHS)
                                           :
   v.                                      :
                                           :
ASTORIA FINANCIAL CORPORATION and,         :
ASTORIA FEDERAL SAVINGS AND LOAN           :
ASSOCIATION,                               :
                                           :
               Defendant.        :
---------------------------------------------------------------- x

### DECLARATION OF ROBERT J. NEEDHAM IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendant Astoria Federal Savings and Loan Association ("Astoria") files this Declaration of Robert J. Needham in Support of Defendant's Motion for Summary Judgment of Non-Infringement, and respectfully states as follows:

1. My name is Robert J. Needham. I am over twenty-one (21) years of age and am fully competent and authorized to execute this Declaration. I have never been convicted of a felony or a crime involving moral turpitude. The matters stated herein are true and correct and within my personal knowledge.

2. I am an associate at SNR Denton US LLP. I represent Astoria in the above-referenced matter.

3. Attached as Exhibit A to my declaration are true and correct copies of United States Patents Nos. 7,575,158, 7,600,677, 7,699,220, and 7,597,248.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed today July 16, 2012, in Dallas, Texas.

*/s/ Robert J. Needham*
_____
Robert J. Needham