# TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084



RECEIVED JUL 20 2012 JUDGE STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/12

**MEMO ENDORSED**

By Facsimile

The Honorable Sidney H. Stein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St
New York, NY 10007-1312

Re: <u>Automated Transactions LLC v. Astoria Federal Savings and Loan Association v. Metavante Corporation and Diebold Inc., Case No. 09-cv-9669-SHS</u>

Dear Judge Stein:

Automated Transactions LLC respectfully requests a two week extension of time to reply to the motion for summary judgment filed by Astoria Federal Savings and Loan Association. We have communicated with Astoria's counsel, Mr. Mark Nelson, and Astoria does not oppose this request. The new due date for our response with the two week extension is August 15, 2012.

Sincerely,

Albert L. Jacobs, Jr.

cc: Mark C. Nelson (via email)
Patrick Fitzmaurice (via email)

SO ORDERED 7/20/12

SIDNEY H. STEIN
U.S.D.J.

[964704-1]