UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br><br>       Plaintiff,<br><br>- against –<br><br><br>ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION<br><br>       Defendants and<br>       Third-Party<br>       Plaintiffs<br><br>- against –<br><br><br>METAVANTE CORPORATION, and DIEBOLD INC.<br><br>       Third-Party<br>       Defendants. | No.: 09-CV-9669 (SHS)<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that of Jones Day hereby appears in this action on behalf of Third-Party Defendant Diebold, Incorporated.  I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
   July 27, 2012

                 JONES DAY

                 By: s/ Miriam Reznik
                   Miriam Reznik
                   222 East 41st Street
                   New York, NY  10017
                   Telephone:  (212) 326-3939
                   Email: mreznik@jonesday.com
                   *Counsel for Third-Party Defendant*
                   *Diebold, Incorporated*

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on July 27, 2012 by electronic mail through the Court's CM/ECF system.

                                                       s/ Miriam Reznik
                                                      Miriam Reznik
                                                      E-mail: mreznik@jonesday.com
                                                      JONES DAY
                                                      222 East 41st Street
                                                      New York, NY 10017
                                                      Tel: 212-326-3939
                                                      Fax: 212-755-7306

                                                      *Attorneys for Third-Party Defendant*
                                                      *Diebold, Incorporated*