UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUTOMATED TRANSACTIONS LLC,<br><br>      Plaintiff,<br><br>- against –<br><br><br>ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION<br><br>      Defendants and<br>      Third-Party<br>      Plaintiffs<br><br>- against –<br><br><br>METAVANTE CORPORATION, and DIEBOLD INC.<br><br>      Third-Party<br>      Defendants. | No.: 09-CV-9669 (SHS)<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that P. Nikhil Rao of Jones Day hereby appears in this action on behalf of Third-Party Defendant Diebold, Incorporated.  I hereby certify that I am admitted to practice in the Southern District of New York.


Dated: Cleveland, Ohio
    July 27, 2012         JONES DAY

                By: /s P. Nikhil Rao
                  P. Nikhil Rao
                  JONES DAY
                  901 Lakeside Avenue
                  Cleveland, Ohio  44114
                  Telephone:  (216) 586-3939
                  Email: pnrao@jonesday.com
                  *Counsel for Third-Party Defendant*
                  *Diebold, Incorporated*

## CERTIFICATE OF SERVICE

The foregoing NOTICE OF APPEARANCE was served on all counsel of record on July 27, 2012 by electronic mail through the Court's CM/ECF system.

s/ P. Nikhil Rao
P. Nikhil Rao
E-mail: pnrao@jonesday.com
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Tel: 212-586-3939
Fax: 212-579-0212

*Counsel for Third-Party Defendant Diebold, Incorporated*