UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**AUTOMATED TRANSACTIONS LLC,**

       **Plaintiff,**

  -against-

**ASTORIA FEDERAL SAVINGS AND LOAN ASSOCIATION,**

       **Defendant and Third-Party Plaintiff,**

  -against-

**METAVANTE CORPORATION and DIEBOLD, INC.,**

       **Third-Party Defendants.**

Case:  09-CV-9669 (SHS)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

     Please take notice that Marguerite S. Dougherty will withdraw her notice of appearance on behalf of defendant Diebold, Inc., effective July 27, 2012.

     Jones Day, through the undersigned counsel of record, continues to serve as counsel for Diebold, Inc. and is not affected by this withdrawal.

Dated: New York, New York
       July 27, 2012

                                  **JONES DAY**

                                  By:s/ Marguerite S. Dougherty
                                  Marguerite S. Dougherty
                                  222 East 41st Street
                                  New York, New York 10017
                                  Telephone:  (212) 326-3939

                                  *Attorney for Third-Party Defendant Diebold, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that, on this 27th day of July 2012, I caused service of a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Marguerite S. Dougherty to be made via the ECF system of the U.S. District Court for the Southern District of New York.

s/ Marguerite S. Dougherty<br>
Marguerite S. Dougherty