# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/12

Direct Number: (212) 326-3733
msdougherty@JonesDay.com

JP013108:caf

JUL 31 2012
July 27, 2012

BY HAND

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Automated Transactions LLC v. Astoria Financial Corporation, et al.*, Civil Action No. 1:09-CV-9669

Dear Judge Stein:

As of July 27, 2012, I will no longer be associated with Jones Day, counsel to third party defendant Diebold, Inc. in the above captioned matter. Accordingly, pursuant to local civil rule 1.4, I respectfully request that my name be removed from the docket sheets and all service lists, and that I no longer receive electronic notifications in this action. Jones Day continues to represent Diebold, Inc. in this matter.

Very truly yours,

Marguerite S. Dougherty

cc: Counsel of Record (by e-mail)

Application granted.
SO ORDERED 8/3/12

SIDNEY H. STEIN
U.S.D.J.