

SNR Denton CDT Received: 8/1/2012 10:58:03 AM PAGE 2/003 Fax Server Aug. 1 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/12

RECEIVED
SNR DENTON
AUG - 1 2012
JUDGE ... STEIN

SNR Denton US LLP
2000 McKinney Avenue
Suite 1900
Dallas, TX 75201-1858 USA

Mark [illegible]
Partner
[illegible]
D +1 214 259 0901
T +1 214 259 0900
F +1 214 259 0910
snrdenton.com

August 8, 2012
Plaintiff's request to add U.S. patent No. 7621144 to the proposed Third Amended Complaint is granted. The Court will take action at this time on plaintiff's motion for leave to amend to which the proposed Third Amended Complaint is appended.
So ordered:
Sidney H. Stein
U.S.D.J.

August 1, 2012

**BY FACSIMILE**

The Honorable Sidney H. Stein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: 212-805-7924

Re: Automated Transactions LLC v. Astoria Federal Savings and Loan Association v. Metavante Corporation and Diebold Inc., Case No. 09-cv-9669-SHS

Dear Judge Stein:

This letter is in response to Plaintiff's July 26, 2012 letter requesting to add U.S. Patent No. 7,621,444 ("the '444 patent") to Plaintiff's proposed Third Amended Complaint (Dkt. #93-95) in Plaintiff's Motion for Leave to Serve and File a Third Amended Complaint (Dkt. #88) ("Plaintiff's Motion for Leave").

While Astoria Federal Savings and Loan Association ("Astoria") does not oppose Plaintiff including the '444 patent among the patents that it seeks to include in its Amended Complaint, Astoria continues to oppose Plaintiff's Motion for Leave for the reasons set forth in Astoria's Opposition to Plaintiff's Motion for Leave to Serve and File Amended Complaint (Dkt. #96) and supporting declaration (Dkt. #97).

To be clear, it is Astoria's position that Plaintiff should not be permitted to amend its Complaint to add *any* of the additional patents, including the '444 patent. Plaintiff's Motion for Leave should be denied, including with respect to the '444 patent.

**SNR DENTON**

The Honorable Sidney H. Stein
August 1, 2012
Page 2

Sincerely,

Mark C. Nelson
Partner

cc:  Albert L. Jacobs, Jr.
     Gerard F. Diebner