```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/28/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

AUTOMATED TRANSACTIONS, LLC.,

        Plaintiffs,

- against -

ASTORIA FEDERAL SAVINGS AND LOAN
ASSOCIATION,

        Defendants.

---------------------------------------------------------- x

Case No. 09 CV 9669 (SHS)

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Automated Transactions, LLC ("ATL") and Defendant Astoria Federal Savings and Loan Association ("Astoria") hereby stipulate and agree that ATL's time to oppose or otherwise move with respect to Astoria's Motion for Summary Judgment shall be extended from Wednesday, August 15, 2012 until Friday, September 7, 2012. The reason for this extension is to afford ATL the opportunity to depose John Carey, who submitted a Declaration in support of Astoria's Motion for Summary Judgment.

Dated: August 14, 2012

[966051]

By: _____
Albert L. Jacobs, Jr.
Gerard F. Diebner
**Tannenbaum Helpern Syracuse & Hirschtritt**
900 Third Ave
New York, New York  10022
Telephone (212)  508-6700
jacobs@thsh.com
diebner@thsh.com
*Attorneys for Plaintiff*
*Automated Transactions, LLC*

By: _____
Patrick e. Fitzmaurice (PF 8648)
**SNR DENTON US LLP**
1221 Avenue of the Americas
New York, New York  10020-1089
Telephone: (212)  768-6700
Facsimile:  (212)  768-6800
Email: Patrick.fitzmaurice@snrdenton.com

Mark C. Nelson
Robert J. Needham
**SNR DENTON US LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201-185
Telephone:  (214) 259-0901
Facsimile:  (214) 259-0910
Email:  mark.nelson@snrdenton.com
Email:  robert.needham@snrdenton.com
*Attorneys for Astoria Federal Savings and Loan Association*

SO ORDERED 8/28/12

_____
Honorable Sidney H. Stein
United States District Judge