UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Automated Transactions, LLC.,               Case No.   1:09-cv-09669-SHS
                           Plaintiff,

       -against-

Astoria Federal Savings And Loan Association, et al
                           Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X]   I have cases pending          [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____John S. Sieman_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____  My State Bar Number is  75426 Virginia

I am,

[X]   An attorney

[ ]   A Government Agency attorney

[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.
            FIRM ADDRESS:  901 New York Ave., Washington, D.C. 20001-4413
            FIRM TELEPHONE NUMBER:  202.408.4359
            FIRM FAX NUMBER:  202.408.4400

NEW FIRM:   FIRM NAME:  Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P.
            FIRM ADDRESS:  Two Freedom Square, 11955 Freedom Drive, Reston, VA 20190-5675
            FIRM TELEPHONE NUMBER:  571.203.2762
            FIRM FAX NUMBER:  202.408.4400

[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated:  11/27/2012                               _____
                                                 ATTORNEY'S SIGNATURE